UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16-cv-343-RJC
(3:04-cr-273-RJC-DCK-1)

| | |
|---|---|
| DENNIS WILLIAM BROWN, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Respondent's Motion to Hold Motion Under 28 U.S.C. § 2255 in Abeyance, (Doc. No. 8).

Petitioner filed a Motion to Vacate, Set Aside or Correct Sentence under 28 U.S.C. § 2255 raising Johnson v. United States, 576 U.S. 591 (2015). This case was stayed pending the Fourth Circuit's issuance of mandates in United States v. Ali, No. 15-4433 and United States v. Taylor, No. 19-7616. (Doc. Nos. 4, 5). The Fourth Circuit has resolved Ali and Taylor and the mandates in those cases have been issued. See United States v. Ali, 991 F.3d 561 (4th Cir. 2021); United States v. Taylor, 979 F.3d 203 (4th Cir. 2020).

The Government now asks the Court to stay this case pending the United States Supreme Court's consideration of Taylor, in which it recently granted certiorari review. United States v. Taylor, No. 20-1459, 2021 WL 2742792 (U.S. July 2, 2021). Counsel for Petitioner does not object. (Doc. No. 8 at 2).

The Court finds that a stay of these proceedings is in the interest of justice and judicial economy. The Government's Motion will therefore be granted and this case will be stayed pending

1

the Supreme Court's issuance of its decision in <u>Taylor</u>.

**IT IS, THEREFORE, ORDERED** that:

1. The Government's Motion to Hold Motion Under 28 U.S.C. § 2255 in Abeyance, (Doc. No. 8), is **GRANTED**.

2. The Government shall file a Response within 60 days after the U.S. Supreme Court issues its decision in <u>United States v. Taylor</u>, No. 20-1459.

Signed: July 29, 2021

Robert J. Conrad, Jr.
United States District Judge